# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| RONALD McINTYRE, Plaintiff, | FILED: MARCH 28, 2008 |
| v. | 08CV1796 RCC |
| WILLIAM LYLES, SR., et al. Defendants. | JUDGE BUCKLO |
| | MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS WILLIAM LYLES, SR. and the VILLAGE OF BROADVIEW

| NAME (Type or print) |
|---|
| MICHAEL J. ATKUS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael J. Atkus |

| FIRM |
|---|
| KNIGHT, HOPPE, KURNIK & KNIGHT, LTD. |

| STREET ADDRESS |
|---|
| 2860 River Road, Suite 400 |

| CITY/STATE/ZIP |
|---|
| Des Plaines, Illinois 60018-6009 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6285666 | 847-298-8000 (FAX 847-298-8014) |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐