# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| RONALD McINTYRE, Plaintiff,<br><br>v.<br><br>WILLIAM LYLES, SR., et al. Defendants. | FILED: MARCH 28, 2008<br>08CV1796 RCC<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS WILLIAM LYLES, SR. and the VILLAGE OF BROADVIEW

| | |
|---|---|
| **NAME** (Type or print)<br>WILLIAM W. KURNIK | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ William W. Kurnik | |
| **FIRM**<br>KNIGHT, HOPPE, KURNIK & KNIGHT, LTD. | |
| **STREET ADDRESS**<br>2860 River Road, Suite 400 | |
| **CITY/STATE/ZIP**<br>Des Plaines, Illinois 60018-6009 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>01550632 | **TELEPHONE NUMBER**<br>847-298-8000 (FAX 847-298-8014) |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |