

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
    **CLERK**      312-435-5698

March 28, 2008

Scott L Spiegel
Law Office of Daniel E. Goodman
1030 Higgins Road
Suite 365
Park Ridge, IL 60068

RE:    McIntyre v. Lyles et al
        08 C 1796  -  Judge Elaine E. Bucklo

Dear Counselor:

The records of this office indicate that on March 28, 2008 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter.
The notice lists the circuit court case number as **08 L 2383.** The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

        Sincerely yours,

        Michael W. Dobbins, Clerk

        By:  s/ Haydee Pawlowski
              Deputy Clerk