**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ronald McIntyre
          Plaintiff,

v.                Case No.: 1:08–cv–01796
                Honorable Elaine E. Bucklo

William Lyles Sr., et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

  MINUTE entry before Judge Honorable Elaine E. Bucklo:Status hearing held on 5/6/2008. Status hearing set for 9/9/2008 at 09:30 AM. Discovery is ordered closed on 11/6/08. Any dispositive motion will be due by 12/6/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.